```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```

**KIMBERLY GREEN,**

      **Plaintiff,**

v.                                                    Cv. No.: 12-2427-JTF

**FAYETTE COUNTY BOARD OF EDUCATION,**
a/k/a "Fayette County Schools,"

      **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal entered on August 22, 2013.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

| August 22, 2013 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | s/Lorri Fentress |
| | (By) LAW CLERK |